UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESSIE DELACRUZ MILO, | ) | Case No. EDCV 14-2205 DOC(JC) |
| | ) | |
| Petitioner, | ) | (PROPOSED) |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| DANIEL PARAMO, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied as time-barred and this action is dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: July 22, 2016

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE